CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PRANEESH KONDURU, *et al*.,

Plaintiffs,

v.

JOSEPH B. EDLOW, Director, United States
Citizenship and Immigration Services, *et al*.,

Defendant.

Case No. 4:26-cv-00349 KAW

**STIPULATION TO STAY PROCEEDINGS;
~~[PROPOSED]~~ ORDER**

The parties conferred and respectfully request the Court to stay proceedings in this case for a limited time, until May 18, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary. Plaintiffs filed this action seeking adjudication of their Form I-485, Application for Adjustment of Status.  United States Citizenship and Immigration scheduled Plaintiffs an interview for April 3, 2026.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 18, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative

Stipulation to Stay
C 4:26-cv-00349 KAW                    1

resolution.

Dated: March 27, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: March 27, 2026

*/s/ Rahula V. Reddy*
RAHULA V. REDDY
Attorney for Plaintiffs

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 30, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 4:26-cv-00349 KAW                    2